

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2014

No. 04-13-00875-CV

Sandra **SAKS**, Lee Nick McFadin and Margaret Landen Saks,
Appellants

v.

Lauren **SAKS** a/k/a Gloria Lauren Nicole Saks,
Appellee

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2011-PC-3466
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

    The motion filed by Appellee Marcus Rogers, in his capacity as Court Appointed Interim Trustee, to Dismiss or Strike Appeal by Appellant, Lee Nick McFaddin, III is hereby CARRIED WITH THE APPEAL.

_____
Sandee Bryan Marion, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2014.

_____
Keith E. Hottle
Clerk of Court